**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 SEP 23 PM 3:11

DEPUTY CLERK

UNITED STATES OF AMERICA

v.

AMECHI COLVIS AMUEGBUNAM

NO.

**3·15CR·0411K**

### INDICTMENT

The Grand Jury Charges:

### COUNT ONE
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349 (18 U.S.C. § 1343))

From in or about November 2013, through in or about August 2015, in the Dallas

Division of the Northern District of Texas and elsewhere, defendant Amechi Colvis

Amuegbunam, in and affecting a financial institution, namely Wells Fargo and JP Morgan

Chase, did knowingly and willfully combine, conspire, confederate, and agree with other

individuals known and unknown to the Grand Jury, to devise a scheme and artifice to

defraud, and for obtaining money and property by means of false and fraudulent pretenses,

representations, and promises, and for the purpose of executing the scheme and artifice to

defraud, transmitted and caused to be transmitted by means of wire communication in

interstate and foreign commerce, any writings, signs, signals, pictures, and sounds in

violation of 18 U.S.C. § 1343, in that Amuegbunam and other individuals known and

unknown to the Grand Jury sent and caused to be sent fraudulent e-mails to companies in

the Northern District of Texas and elsewhere, said e-mails constituting and containing

material misrepresentations that caused the companies to wire transfer funds as instructed

on a pdf document attached to the e-mail.

In violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

A TRUE BILL:

FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
Northern District of Texas
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas   75242
office:  214.659.8600
fax:  214.659.8805
candina.heath@usdoj.gov

Indictment - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

AMECHI COLVIS AMUEGBUNAM

INDICTMENT
3 - 15 CR - 0 4 1 1 K

18 USC § 1349 (18 USC § 1343)
Conspiracy to Commit Wire Fraud

1 Count

A true bill rendered

--------------------------------------------------------------------------------
FOREPERSON

DALLAS

Filed in open court this_____ day of September 2015

--------------------------------------------------------------------------------
Clerk

**IN CUSTODY AS OF AUGUST 25, 2015**

--------------------------------------------------------------------------------
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal matter pending